IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 4:22-cr-580-CRI |
| Plaintiff, | ) |
| vs. | ) |
| BHAGAVAN MAHAMAYAVI ANTLE, | ) |
|   a/k/a Kevin Antle, | ) |
|   a/k/a Doc Antle, | ) |
| ANDREW JON SAWYER, | ) |
|   a/k/a Omar Sawyer, | ) |
| MEREDITH BYBEE, | ) |
|   a/k/a Moksha Bybee, | ) |
| CHARLES SAMMUT, and | ) |
| JASON CLAY, | ) |
| Defendants | ) |

## GOVERNMENT'S BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States provides the following Bill of Particulars regarding property alleged in the Indictment filed June 29, 2022, as also being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of the above Defendants for one or more felony violations of 16 U.S.C. § 1538(a)(1)(E), (F); 16 U.S.C. § 1540(b)(1); 16 U.S.C. § 3372; 16 U.S.C. § 3373; and 18 U.S.C. § 1956, as charged in the Indictment filed June 29, 2022, the United States intends to seek the forfeiture of any and all property, real or personal, involved in, constituting, derived from, or traceable to the offense(s) of conviction, pursuant to 16 U.S.C. § 3374; 16 U.S.C. § 1540; 18 U.S.C. § 982(a)(1); and 28 U.S.C. § 2461(c). Such property

1

includes, but is not limited to, the following:

    A.    <u>United States Currency</u>:

        Cashier's check in the amount of $357,250.00
        Remitted to the United States Marshals Service by Andrew Sawyer
        Asset ID: 22-FBI-04640

    B.    <u>Bank Accounts</u>:

    (1)    $88,521.47 in funds from Bank of America, bank account #xxxx1205 in the name of Rajani Tigers Ferrante dba Preservation Station Preserve
Asset ID: 22-FBI-004641

    (2)    $332,035.98 in funds from Bank of America, bank account #xxxx6435 in the name of T.I.G.E.R.S, LLC dba Tigers Preservation Station
Asset ID: 22-FBI-004642

    (3)    $36,580.37 in funds from Bank of America, bank account #xxxx8371 in the name of South Carolina Conservation Farm, LLC dba Myrtle Beach Safari
Asset ID: 22-FBI-004643

    (4)    $44,433.38 in funds from Bank of America, bank account #xxxx6132 in the name of Bhagavan Antle Sole Prop dba Preservation Station T.I.G.E.R.S
Asset ID: 22-FBI-004644

    (5)    $80,581.59 in funds from Bank of America, bank account #xxxx9802 in the name of South Carolina Conservation Farm, LLC dba Myrtle Beach Safari
Asset ID: 22-FBI-004645

    (6)    $64,986.34 in funds from Bank of America, bank account #xxxx5409 in the name of Preservation Stations, Bhagavan Antle; TIGERS
Asset ID: 22-FBI-004646

                        Respectfully submitted,

                        COREY F. ELLIS
                        UNITED STATES ATTORNEY

BY:   *s/Carrie Fisher Sherard*
        Carrie Fisher Sherard (#10134)
        Assistant United States Attorney
        United States Attorney's Office
        55 Beattie Place, Suite 700
        Greenville, South Carolina 29601
        Telephone: (864) 282-2111

July 1, 2022