AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| The United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-cr-00580-CRI |
| Bhagavan Mahamayavi Antle, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America  .

Date:  06/30/2022

*Attorney's signature*

Patrick M. Duggan, NY # 4886784
*Printed name and bar number*

150 M Street, NE
Suite 4.125
Washington, D.C. 20002

*Address*

Patrick.Duggan@usdoj.gov
*E-mail address*

(202) 305-0366
*Telephone number*

(202) 514-8865
*FAX number*