IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
NOTICE
PRE-TRIAL CONFERENCE
PLEA HEARING
JURY SELECTION


FOR THE HONORABLE JOSEPH DAWSON, III
UNITED STATES DISTRICT JUDGE

**NOTICE OF PRE-TRIAL CONFERENCE**

---

**PLEASE TAKE NOTICE that the following cases are scheduled for Pre-trial Conference in the McMillan Federal Building, 401 West Evans Street, Florence, South Carolina, Courtroom #1 on:**

**TUESDAY, AUGUST 30, 2022 AT 10:00 AM**

**THE DEFENDANT AND HIS/HER ATTORNEY ARE REQUIRED TO BE PRESENT AT THIS CONFERENCE EITHER TO CONDUCT A PRE-TRIAL AND/OR PLEA, OR TO SCHEDULE THE DATES OF TRIAL. EACH ATTORNEY IS REQUIRED TO CONFER WITH THE UNITED STATES ATTORNEY'S OFFICE AND REVIEW THE DISCOVERY MATERIAL BEFORE THE PRE-TRIAL CONFERENCE.**

**The final date for filing motions and supporting memoranda is August 16, 2022, with responses due by August 23, 2022.**

**NOTICE TO COUNSEL: If a continuance is needed, Motions to Continue will still need to be filed on the docket, with a speedy trial waiver signed by the defendant,  even if Notices of Request for Protection have been filed.**

**All plea bargaining must be complete prior to Pre-trial Conference.**

**MOTIONS TO CONTINUE MUST BE FILED NO LATER THAN August 23, 2022.**

**ANY PLEA AGREEMENTS SHOULD BE SCANNED AND ELECTRONICALLY FILED BY COUNSEL BY August 26, 2022.**

---

**NOTICE OF CHANGE OF PLEA HEARING**

---

**PLEASE TAKE NOTICE that the PLEA HEARING for any defendant who wishes to enter a Plea of Guilty will be held after the Pre-trial Conference on August 30, 2022.**

**U.S. Attorneys: Email individual Penalty and Element sheets to Sharon Meyer  in the Clerk's Office 7 days prior to the Pre-trial Conference. Make sure they correctly reflect the exact elements and penalties (and drug amounts/types, if applicable) for the particular defendants/crimes and that they correctly reflect the counts to which it is anticipated each defendant will plead.**

## NOTICE OF JURY SELECTION

**PLEASE TAKE NOTICE that all cases in which a guilty plea is not entered are scheduled for**
**JURY SELECTION in the McMillan Federal Building, 401 West Evans Street, Florence, South Carolina, Courtroom 1, on:**

**Tuesday , September 13, 2022, at 9:00 a.m.**

**The Jury List is available 7 days before jury selection. In accordance with Local Rule 47.02, the Court may require potential jurors to respond to written questionnaires and may make the responses available to counsel or parties with cases on the relevant trial roster are allowed access to this information. Any other person submitting a request for this information must petition the court for approval. A Juror Questionnaire/List Request Form must be docketed in the case. Please visit http://www.scd.uscourts.gov/records/copies.asp for more information.**

**\*\*ALL ATTORNEYS ARE REQUIRED TO USE THE ELECTRONIC COURTROOM PRESENTATION SYSTEM FOR TRIAL.**
**If your case goes to trial and you have not participated in electronic courtroom training, please contact Sharon Meyer  (843-676-3824) regarding use of the electronic system. Training will not be conducted the morning of trial or the day prior to trial.**

**PLEASE CONTACT Sharon Meyer, Courtroom Deputy, at (843-676-3824):**
**(1) immediately if your client is on bond and arrested in another venue;**
**(2) if any motion filed with the court is resolved prior to the Pretrial;**
**(3) for all questions regarding criminal cases;**
**(4) and if you wish to meet with Judge Dawson the morning of Pretrials and do not have a previously scheduled meeting. Do not come to chambers without contacting Sharon first.**

**At the direction of the Court**
**ROBIN L. BLUME, CLERK**
**U.S. DISTRICT COURT**

**PRETRIALS**
**TUESDAY, AUGUST 30, 2022 AT 10:00 AM**

4:22cr579 - JD                                      AUSA Derek Shoemake, AUSA Amy Boyer
**William James Dallis**                            Scott Joye, Retained


4:22CR580  JD
USA v                                               AUSA Derek Shoemake, AUSA Amy Boyer
**Bhagavan Mahamayai Antle**                            Andy Moorman, Ryan Beasley
                                                        (retained)
**Andrew Jon Sawyer**                               Christopher Adams (retained)
**Meredith Bybee**                                  **Deborah Barbier (retained)**
**Charles Sammut**                                  Matthew Hubbell (retained)
Jason Clay                                          Joseph Griffith Jr (retained)