

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: ALL CRIMINAL MATTERS | § | **STANDING ORDER** |
| ASSIGNED TO JUDGE DAWSON | § | |

The following deadlines will apply to all criminal matters before the undersigned:

- **COMMUNICATIONS WITH THE COURT**:  Please send all emails regarding criminal cases to Dawson_ecf@scd.uscourts.gov rather than to individual chambers' staff, and please make sure to include the defendant's name and criminal case number in the subject line.

- Defense Attorneys are required to meet with their client(s) before scheduled Pretrials and Pleas.

- **Motions to Continue** filed before a scheduled pretrial conference shall state a reason under 18 U.S.C. § 3161(h)(7)(B) why a continuance is requested, and be filed one week prior to trial, and such motions shall include language that they have consulted with the Assistant U.S. Attorney assigned to the case, and whether the AUSA consents, opposes, or has no objection to the request.

- **Plea Agreements** must be scanned and electronically filed with the Court no later than <u>one week</u> prior to a plea hearing.

- All **Motions to Suppress** require filing of written briefs.  Motions should be filed as soon as the Pretrial Conference is noticed so the Government can adequately respond.

- **Joint Strikes for Cause** shall be completed and emailed to the appropriate courtroom deputy by 8:00 am the day before jury selection.

- **Joint Requests for Voir Dire** shall be emailed to chambers at Dawson_ecf@scd.uscourts.gov, no later than one week prior to jury selection.  Requests for Voir Dire must include a list of witnesses along with their addresses as well as the occupation of each witness if relevant.

- The parties are required to jointly submit one set of  Requests to Charge to chambers via email at Dawson_ecf@scd.uscourts.gov, no later than one week prior to trial.  If the parties cannot agree upon one entire set, they are required to submit joint instructions that have been agreed upon, and submit supplemental instructions that have not been agreed on. Each supplemental instruction should list the party requesting the instruction as well as any party's objection to the instruction.  Legal authority should be cited in all instructions.

-

- The parties are required to submit **Trial Briefs** to chambers via email at Dawson_ecf@scd.uscourts.gov, no later than one week prior to **trial**. Trial Briefs can be ex parte, and do not need to be shared with the opposing party.

- Attorneys for each side shall, prior to trial, meet for the purpose of agreeing and marking all exhibits to be used at trial, and, where possible, agree on the admissibility of all trial exhibits. In the event there is an objection to any exhibit, the opposing party must file such objections with the Court at least two days prior to trial.

- **Sentencing Memorandums, Motions for Downward Departure, Motions for Variance, Motions to Reduce Sentence or any motion regarding sentencing guidelines** must be filed no later than **two weeks** prior to sentencing. Responses are due **one week** prior to sentencing.

- Failure to timely file will result in sanctions and/or a waiver of any requests. .

IT IS SO ORDERED .

Joseph Dawson, III
United States District Judge