IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

**UNITED STATES OF AMERICA**

VS

CR NO. 4:22-cr-00580-JD-2

Andrew Jon Sawyer

## PLEA

The defendant, Andrew Jon Sawyer having withdrawn his plea of Not Guilty entered ~~July 12, 2022~~ January 4, 2024, pleads **GUILTY** to Count **# 1** of the **Information** after arraignment in open court.

_____
(Signed) Defendant

Florence, South Carolina
January 4, 2024